and taxation of and traffic in intoxicating liquors, which had been held by the Supreme Court in the Yuginovich Case to have been repealed by the National Prohibition Act; but in the present state of the legislation we hold, for the reasons given above, that section 3450 is not applicable to the facts in the case at bar.

Order affirmed.

---

### UNITED STATES v. MANGANO.

(Circuit Court of Appeals, Eighth Circuit. May 6, 1924.)

No. 6371.

In Error to the District Court of the United States for the District of Nebraska; Joseph W. Woodrough, Judge.

Libel of forfeiture by the United States, wherein Tony Mangano intervened. From an order dismissing the libel, and in favor of Mangano, the United States brings error. Affirmed.

George A. Keyser, Asst. U. S. Atty., of Omaha, Neb. (James C. Kinsler, U. S. Atty., of Omaha, Neb., on the brief), for the United States.

E. D. O'Sullivan, of Omaha, Neb. (W. N. Jamieson and C. J. Southard, both of Omaha, Neb., on the brief), for defendant in error.

Before LEWIS, Circuit Judge, and BOOTH and SYMES, District Judges.

BOOTH, District Judge. The facts in this case are substantially the same as in No. 6370, United States, Plaintiff in Error, v. Tony Mangano, Defendant in Error, 299 Fed. 492, and the decision in that case is controlling.

Order affirmed.

---

### JIANOLE v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. May 1, 1924.)

No. 6336.

I. Conspiracy ⬦47—Evidence held not to support conviction.

Charge of conspiracy between appellant and his codefendant to possess and transport liquor, in violation of National Prohibition Act, tit, 2 (Comp. St. Ann. Supp. 1923, §§ 10138½–10138½z), held not sustained.

2. Conspiracy ⬦47—To establish conspiracy, intent must be proved, directly or by inference.

To establish conspiracy, knowledge of facts by defendant must be proved from which an intent to engage in the conspiracy may be inferred, and mere acquiescence or failure to prevent another from committing the crime is not sufficient.

3. Criminal law ⬦564(5)—Venue must be proved.

Venue of a charge of conspiracy cannot be inferred from the fact that defendant was arrested by police officers of a certain city and on a named street, where the overt act. is charged to have been committed, but not shown to be within such city.

4. Criminal law ⬦1036(8)—Objection that venue was not proved must be made in trial court.

A judgment will not be reversed, on the ground that venue was not proved, where the objection was not raised in the trial court.

---

⬦For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes